IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SEAN GRAHAM,       )<br>   Plaintiff,       )<br>       )<br>v.       )<br>       )<br>RMH FRANCHISE CORPORATION,       )<br>   Defendants.       ) | Case No. 2:21-cv-323<br><br>**JURY DEMANDED** |

## CIVIL COMPLAINT

NOW COMES Plaintiff, SEAN GRAHAM, by and through counsel, against the Defendant, RMH FRANCHISE CORPORATION and alleges and states the following:

### Jurisdiction and Venue

1. This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201-219.

2. This cause is actionable in Federal Court as it is a matter of federal law.

3. This Court has jurisdiction for this action under 28 U.S.C. § 1331.

4. Venue in this judicial district is proper pursuant to 28 U.S.C. § 1391 insofar as all Defendants reside or operate in this judicial district, and all relevant acts and occurrences leading to the Complaint filed by Plaintiff occurred in this judicial district.

## The Parties

5. At all times relevant, Plaintiff Sean Graham (hereafter "Sean") was a United States citizen who resided in Lake County, Indiana (from April 2021 to current) and Porter County, Indiana (from 2018 to April 2021).

6. At all times relevant, RMH Franchise Corporation (hereafter "RMH") was a foreign for-profit corporation, licensed and doing business in Lake County, Indiana.

7. At all times relevant, Sean was an employee of RMH within the meaning of the FLSA.

8. At all times relevant, RMH was an employer within the meaning of the FLSA.

## Background Facts

9. Sean worked for the Applebee's location at 330 Ridge Road, Munster, Indiana, 46321 from approximately Summer 2018 until September 5, 2021.

10. On information and belief, Applebee's is franchised by RMH Franchise Corporation.

11. Sean was titled a "People Manager" in his position for the duration of his time with RMH Franchise Corporation.

12. During the period of his employment with RMH Franchise Corporation, Sean

worked an average of approximately sixty hours per week and was not compensated for any of this overtime.

## Cause of Action

### COUNT I: Violation of the FLSA

13. Plaintiff realleges the above paragraphs as though fully set forth herein.

14. RMH was an enterprise engaged in commerce or in the production of goods for commerce and has annual gross volume of sales in excess of $500,000.00.

15. Sean was an employee within the meaning of the FLSA, 29 U.S.C. § 203(e)(1).

16. Sean was not an exempt employee under the FLSA and cites, among other factors:

    a. Sean spent the majority of his time performing non-exempt work and made few if any significant decisions.

    b. Sean performed minimal managerial tasks and had little input into any final decision-making.

    c. Sean had little to no discretion in carrying out his work.

    d. Sean had regular direct supervision.

    e. Sean was never compensated for any of the overtime he worked in the course of his employment with RMH.

3

17. RMH violated the FLSA by failing to compensate Sean for the overtime hours he worked during the course of his employment.

18. RMH's violation was undertaken knowingly, willfully, or with reckless disregard as to the lawfulness of the conduct.

19. Sean has been harmed by RMH's unlawful conduct.

WHEREFORE, Plaintiff respectfully requests judgment against the Defendant for compensatory damages, liquidated damages, punitive damages, the costs of this action and attorneys' fees, and any such other and further relief as this Court deems equitable and just.

Respectfully Submitted,

/s/ Scott Seville (#36075-45)_____
Robbins and Seville, LLC
714 N. Main St.
Crown Point, IN  46307
219-779-9952
scott.seville@roseattorneys.com

## JURY DEMAND

Comes now the Plaintiff, Sean Graham, and demands trial by jury.

Respectfully submitted,

/s/ Scott Seville (#36075-45)_____
Robbins and Seville, LLC
714 N. Main St.

4

Crown Point, IN  46307<br>
219-779-9952<br>
scott.seville@roseattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

/s/ Scott Seville_____