# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SEAN GRAHAM,  )  <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RMH FRANCHISE CORPORATION, ) <br>    Defendants. ) | Case No. 2:21-cv-323 |

## PLAINTIFF'S MOTION TO DISMISS

Comes now Plaintiff, SEAN GRAHAM, by and through counsel, and moves to Dismiss his complaint in the instant matter without prejudice and in support thereof states that Plaintiff's counsel is now in receipt of a prior signed arbitration agreement the forms of which should be followed prior to the filing of the instant suit.

Respectfully submitted,

/s/ Scott Seville
Scott Seville, #36075-45
Attorney for Plaintiff
714 N. Main St.
Crown Point, IN 46307
(219)307-2188

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of February, 2022, a copy of the foregoing request was served on each party of record electronically by using the Court's IEFS System.

/s/ Scott Seville
Scott Seville, #36075-45