UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| SEAN GRAHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause Number: 2:21-CV-323-PPS-JEM |
| | ) | |
| RMH FRANCHISE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff, Sean Graham, filed a Motion to Dismiss pursuant to Rule 41(a)(1)(A)(i). [DE 16.]  Graham states his counsel is now in receipt of a prior signed arbitration agreement, which should be followed prior to the filing of the instant suit.  Graham asks to dismiss the claims against RMH Franchise Corporation without prejudice.  *Id*.  Defendant has not yet filed an answer or motion for summary judgment in this matter.

As the Motion to Dismiss [DE 16] meets the requirements of Fed. R. Civ. P. 41(a)(1)(A)(i), it is **GRANTED** and the claims against Defendant RMH Franchise Corporation are **DISMISSED WITHOUT PREJUDICE**.  Defendant's Motion to Dismiss this Action, or Alternatively Stay the Case, and Compel Arbitration [DE 11], is **DENIED AS MOOT**.  Last, the Clerk is **ORDERED** to **CLOSE THIS CASE**.

ENTERED: February 15, 2022.

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**